# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2021

## NO. 03-19-00473-CV

**Katrina J. ("Nina") Morris, Appellant**

**v.**

**Maansi Piparia, M.D.; April Schiemenz, M.D.; and
Christina Sebestyen, M.D., P.A. d/b/a ObGyn North, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is a permissive appeal from the interlocutory order granting partial summary judgment signed by the trial court on July 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.